IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS PAUL BELTRAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>FRED FOULK,<br><br>　　　　Respondent. | Case No. ED CV 13-2335 MWF (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

1   IT IS ORDERED that Judgment be entered denying the petition and
2   dismissing this action with prejudice.

DATE: March 16, 2015   _____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

2