# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOUIS PAUL BELTRAN,

    Petitioner,

v.

FRED FOULK,

    Respondent.

Case No. ED CV 13-2335 MWF (MRW)

JUDGMENT

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: March 16, 2015

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE